# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3085

_____

Eric Khounlo,                                          *
                                                       *
       Appellant,                                  *
                                                       *  Appeal from the United States
    v.                                               *  District Court for the Southern
                                                       *  District of Iowa.
John Deere Credit; R. Steven Brubaker,                 *
                                                       *  [UNPUBLISHED]
       Appellees.                                  *

_____

Submitted: June 4, 2010
Filed: June 9, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

      Eric Khounlo appeals the district court's[1] order dismissing his pro se employment-discrimination action for failure to prosecute. Khounlo's appeal must be dismissed: his brief does not identify any alleged error by the district court or provide a relevant statement of issues or facts, and therefore it presents nothing for our review. See Carter v. Lutheran Med. Ctr., 87 F.3d 1025, 1026 (8th Cir. 1996) (per curiam) (dismissing pro se appeal where brief did not present statement of issues or

_____

[1]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

identify any basis for alleged error).  Accordingly, we dismiss this appeal, and we also deny the pending motion to strike as moot.

_____